*In re* EXTENSIÓN DE TÉRMINOS POR LA CONCESIÓN DE LOS DÍAS 24 DE MARZO, 29 DE JULIO, 25 DE NOVIEMBRE Y 30 DE DICIEMBRE DE 2016, Y 5 DE ENERO DE 2017.

*Número:* EM-2015-8     *Resuelto:* 28 de diciembre de 2015

## RESOLUCIÓN

La Jueza Presidenta, Hon. Liana Fiol Matta, emitió la Orden Administrativa OA-JP-2015-056 de 14 de diciembre de 2015 para enmendar la Orden Administrativa OAJP-2014-006 de 7 de julio de 2014, que establece un plan de medidas de control de gastos para el Año Fiscal 2014–2015. Como parte de las enmiendas contenidas en la Orden Administrativa OA-JP-2015-056, se decreta el cierre total de los tribunales en las fechas siguientes:

24 de marzo de 2016
29 de julio de 2016
25 de noviembre de 2016
30 de diciembre de 2016
5 de enero de 2017

En virtud de nuestra facultad para reglamentar los procedimientos judiciales, se dispone que, al computar los términos establecidos en las distintas leyes y reglas que aplican a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902 (1 LPRA secs. 72 y 73) y se considerarán dichos días como feriados. Cualquier término que venza durante esos días se extenderá hasta el próximo día laborable de cada fecha.

*Se ordena la inmediata difusión pública de esta Resolución. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*